ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney Chief, Civil Division
FRANCESCO P. BENAVIDES [C.S.B.N. 258924]
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    E-Mail: Francesco.Benavides@SSA.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EMMA ALEMAN, | Case No.: 2:13-cv-01400-DTB |
| Plaintiff, | [**PROPOSED**] |
| vs. | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 7, 2014

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE